UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 13-20183-GRAHAM

UNITED STATES OF AMERICA

        Plaintiff,

vs.

FABIAN PERPALL,

        Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defendant's Motion to suppress Physical Evidence and Statements, (D.E. 20).

**THE MATTER** was referred to United States Magistrate Judge Jonathan Goodman on May 31, 2013. A Report and Recommendation was filed recommending that the Defendant's Motion to Suppress Physical Evidence and Statements be **Denied**.

The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted an independent review of the record and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Report and Recommendation filed in this cause is hereby, **ADOPTED and AFFIRMED** in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of June, 2013.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Goodman
        Ayana N. Harris, AFPD
        Benjamin C. Coats, AUSA